**Order entered December 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01217-CV

### IN THE INTEREST OF D.C., ET AL., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-06457**

## ORDER

This appeal and appellate cause number 05-19-01218-CV (trial court number DF-18-012200) were consolidated in the trial court by order dated August 28, 2019. Because both trial court numbers appeared on the notice of appeal, the cases were assigned two appeal numbers. On December 5, 2019, appellant filed a motion to consolidate. We **GRANT** the motion.

We **DIRECT** the Clerk of the Court to transfer all documents from cause number 05-19-01218-CV into this appeal. For administrative purposes, cause number 05-19-01218-CV shall be treated as a closed case. The parties, trial court clerk, and court reporter shall now use only appellate cause number 05-19-01217-CV.

Appellant's brief was filed November 21, 2019; appellee's brief is due December 11, 2019.

/s/     BILL WHITEHILL
        JUSTICE